# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR162 |
| | ) | |
| GENARO FAVALA RAMIREZ and | ) | ORDER |
| ELADEO FAVALA RAMIREZ, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Genaro Favala Ramirez's motion to continue (Filing No. 64) and defendant Eladeo Favala Ramirez's motion to continue (Filing No. 66) are granted.

**IT IS ORDERED** that the detention hearing for the above-named defendants is continued to **December 15, 2005 at 10:00 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendants must be present unless excused by the Court.

DATED this 6th day of December, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge