IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR162 |
| | ) | |
| GENARO FAVALA RAMIREZ, | ) | ORDER |
| RUBEN LOPEZ CAZARES and | ) | |
| HILARIO FELIX, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Genaro Favala Ramirez's motion to continue (Filing No. 128) is granted.

**IT IS ORDERED** that the hearing regarding the Motion to Dismiss (Filing No. 106) is continued to **April 6, 2006 at 1:00 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

**The hearing currently scheduled for defendants Ruben Lopez Cazares and Hilario Felix regarding the Motion for Bill of Particulars (Filing Nos. 110 and 116) is still scheduled as planned on March 28, 2006 at 1:30 p.m.**

DATED this 27th day of March, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge