# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR162** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **GENARO FAVALA RAMIREZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The oral motion of the parties to continue the evidentiary hearing is granted.

**IT IS ORDERED** that the hearing regarding the Motion to Dismiss (Filing No. 106) is continued to **June 8, 2006 at 9:00 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 11th day of May, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge