# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | **8:05CR162** |
| **GENARO FAVALA RAMIREZ,** | ) ) | **ORDER** |
| **Defendant.** | ) ) | |

The Motion to Withdraw as Counsel of Record (Filing No. 196) is scheduled for hearing before the undersigned magistrate judge at **1:30 p.m. on July 26, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 19th day of July, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge