# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:05CR162 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| GENARO FAVALA RAMIREZ, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of Carlos A. Monzon to withdraw as counsel for the defendant, Genaro Favala Ramirez (Ramirez) (Filing No. 196). Mr. Monzon represents he has a conflict of interest in this matter. The court held a hearing on the motion on July 26, 2006. Mr. Monzon's motion to withdraw (Filing No. 196) is granted. The court determined Ramirez is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

Donald B. Fiedler, 503 ½ South 11th Street, Omaha, NE 68102, (402) 346-6263, is appointed to represent Ramirez for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Monzon shall forthwith provide Mr. Fiedler with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Monzon which are material to Ramirez's defense.

The clerk shall provide a copy of this order to Mr. Fiedler, and Mr. Fiedler shall enter his appearance in this matter forthwith.

**IT IS SO ORDERED.**

DATED this 28th day of July, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge