**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **8:05CR162** |
| | ) | |
| **GENARO FAVALA RAMIREZ,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Defendant's Motion to Continue (Filing No. 202) is granted.

The hearing on the Motion to Dismiss (Filing No. 106) is continued to **1:30 p.m. on September 6, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 4th day of August, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge