# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **8:05CR162** |
| | ) | |
| **GENARO FAVALA RAMIREZ,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

  Defendant's Motion to Continue (Filing No. 225) is granted.

  The Change of Plea Hearing is continued to **11:30 a.m. on October 31, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

  This being a criminal case, defendant must be present unless otherwise ordered by the court.

  DATED this 19th day of October, 2006.

           BY THE COURT:

           s/ Thomas D. Thalken
           United States Magistrate Judge