IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:05CR162 |
| GENARO FAVALA RAMIREZ, | ) ) | ORDER |
| Defendant. | ) ) | |

Defendant's motion to continue the plea hearing (Filing No. 259) is granted.

**IT IS ORDERED** that the Change of Plea hearing is continued to **February 1, 2007** at **3:30 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **January 26, 2007** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 26th day of January, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge